## In Matter of Elizabeth Stevenson.

Where a portion of money arising from the sale of lands, in which the widow has a right of dower, is put out by commissioners on bond, according to the statute, *Revised Laws* 599, *sec.* 8, the bond should be taken in the name of the commissioners, and not of the widow.

*Armstrong* applied to the court to know in whose name the bond, which was to be taken to secure the widow's share of property which had been sold under the statute, *Revised Laws, 599, sec.* 8, should be taken.

CH. JUSTICE said that the bond must be made to the commissioners, and not to the widow herself.

## Den *ex dem.* Green *against* Stillwell, Liens and Prosser.

The CH. JUSTICE said that in all special cases, or cases reserved, the plaintiff must open and reply.

## Anonymous.

HORNBLOWER asked the court whether in a foreign attachment, where the defendant appeared and put in special bail, it was proper, since the passing of the act of 30th May, 1820, *Revised Laws* 734, *sec.* 3, (by which the attachment is a lien upon the property, attached from the time of the issuing the attachment,) to enter a rule dissolving the attachment.

CH. JUSTICE said he thought it would be sufficient to enter the ordinary rule, and insert therein a clause, "saving all liens created by the statute."